IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CIVIL ACTION |
| | : | |
| BRIAN J. NIXON, | : | No. 09-417 |
| Debtor. | : | BANKRUPTCY APPEAL |

### ORDER

**AND NOW**, this **25**th day of **June**, **2009**, upon consideration of Appellant's Brief, Appellee's Brief, Appellant's Response, a review of the record, and following oral argument on June 22, 2009, it is hereby **ORDERED** that:

1. The Bankruptcy Court's opinion is **AFFIRMED**.

2. The appeal is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**